WILLIAM H. HALLOCK AND ANOTHER, APPELLANTS, v. J.
ORLANDO RANDALL, RESPONDENT.

*Cross-examination — power of judge at circuit to limit.*

APPEAL from a judgment in favor of the defendant, entered upon
the verdict of a jury, and from an order denying a motion for a
new trial.

The only question presented by the appeal, related to the exclu-
sion of a question, asked upon the cross-examination of a witness.
The General Term *held*, that "The question referred to, is one of

that class which it is not error to admit or reject; there was so much testimony in the case, from different witnesses, that the judge at circuit might exercise the power in his judicial discretion, of limiting all examinations and cross-examinations within reasonable bounds."

*Miller & Tuthill*, for the appellants.

*Strong & Spear*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment and order affirmed, with costs.